

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED
SEP 3 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. W-11-CV-167 |
| CONOCOPHILLIPS COMPANY,<br>　　Defendant. | §<br>§<br>§ | |

## JUDGMENT

In accordance with the Court's Order granting Defendant's Motion to Dismiss, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant are **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

SIGNED this 30 day of September, 2012.

_____
WALTER S. SMITH, JR.
**United States District Judge**